In The United States District Court
For The Southern District Of Illinois

Devin Mottley }
Plaintiff }
v }   Hon.
Rock, et.al, }   Case No. 3:24-cv-02046-SMY
Defendants }

## Proposed Amended Complaint

### I. Introduction

1. This is a §1983 action filed by plaintiff Skylar Mottley a state prisoner alleging violation of her constitutional rights for damages and injunctive relief under 42 USC alleging violation of her constitutional rights to recieve medical care, defendants collectively failed to protect the plaintiff from sexual assault, a defendants sexually assaulting the plaintiff all in violation of her eighth amendment to the united states. Retaliation for exercising her First Amendment To the constitution, prolonged restraints in violation of the Due Process Clause of the Fourteenth Amendment and the Eighth Amendment to the Constitution and seeking compensatory and punitive damages.

### II Jurisdiction

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C §1331 in that this is a civil action arising under the Constitution of The United States

3. Jurisdiction of the Court is invoked pursuant to 28 USC §1343 (a)(3) in that this action seeks to redress the deprivation under color of state law, of rights secured by acts of Congress providing for equal rights of persons within the jurisdiction of the United States Venue is proper in the Southern District Of Illinois under 28 U.S.C 1391 (b) (2) ~~because alleged to~~

## II Parties

Plaintiff Devin Mottley aka Skylar Mottley at all times relevant was confined by the Illinois Department Of Corrections at Menard C.C

Defendant C/O Rock at all times relevant was a C/O and employed by IDOC. At all times he was acting under color of law. He is sued in his individual and official capacity

Defendant C/O Rock at all times relevant was a C/O and employed by IDOC. At all times he was acting under color of law. He is sued in his individual and official capacity

Defendant Latoya Hughes at all times relevant was the Acting Director of IDOC and employed by IDOC. At all times relevant she was acting under color of law. She is sued in her individual and official capacity

Defendant John Doe at all times relevant was the transfer coordinator of IDOC and employed by IDOC. At all times relevant was acting under color of law. Is sued in their individual and official capacity

Defendant Investigator Breeze at all times relevant was a state investigator employed by IDOC. At all times relevant was acting under color of law. He is sued in his individual and official capacity

Defendant C/O Lloyd at all times relevant was a C/O employed by IDOC acting under color of law he is sued in his individual and official capacity

Defendant C/O Faulkenberry at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant C/O Akins Jr at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant Mulholland at all times relevant was a Counselor/Grievance Officer employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant Sandy Walker at all times relevant was a C/O on the Hearing Committee employed by IDOC acting under color of law is sued in her individual and official capacity

Defendant Anthony Jones at all times relevant was a C/O on the Hearing Committee employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant Anthony Wills at all times relevant was a Warden employed by IDOC. At all times relevant he was acting under color of law and is sued in his individual and official capacity.

Defendant Jane Doe at all times relevant was an assistant Warden at Menard CC employed by IDOC. At all times relevant he was acting under color of law and is sued in her individual and official capacity

Defendant Sgt House at all times relevant was a C/O employed by IDOC. At all times relevant he was acting under color of law and is sued in his individual and official capacity

Defendant CO Tatum at all times relevant was a C/O employed by IDOC. At all times relevant was acting under color of law and is sued in his individual and official capacity

Defendant Lt Hanks at all times relevant was a C/O employed by IDOC Acting under color of law and is sued in his individual and official capacity

Defendant Sgt Ashback at all times relevant was a C/O employed by IDOC acting under color of law and is sued in his individual and official capacity

Defendant Ms Bennett at all times relevant was Mental Health staff employed by Wexfor acting under color of law is sued in her individual and official capacity

Defendant Ms Hornberger at all times relevant was Mental Health staff employed by Wexfor acting under color of law is sued in her individual and official capacity

Defendant C/O Martin at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and offical capacity

Defendant C/O Shawback at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant Lt Baylor at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant C/O Newkirk at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and ufficial capacity

Defendant MHP Ms Martin at all times relevant was a mental health professional employed by wexfor acting under color of law is sued in his individual and official capacity

Defendant MHP Jane Doe at all times relevant was a mental health professional employed by wexfor acting under color of law is sued in his individual and official capacity

Defendant C/O Lawrence at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant Sgt Brown at all times relevant was a C/O employed by IDOC acting under color of law is sued in his individual and official capacity

Defendant Sgt Hadley at all times relevant was a C/O employed by IDOC acting under color of law is sued in her individual and official capacity

Defendant Lt Blackwell at all times relevant was a Lieutenant employed by IDOC acting under color of law is sued in her individual and official capacity

Defendant Murray at all times relevant was a Lieutenant employed by IDOC acting under color of law is sued in his individual and official capacity

## IV Exhaustion Of Remedies

Plaintiff exhausted her administrative remedies before filing this complaint

## V Statement Of Facts

In 2023 Plaintiff was a vulnerable protective custody inmate. She is transgender and very feminine in appearance. She filed numerous grievances about her fears of being sexually assaulted due to both her appearance and because she was housed is a violent maximum security prison. She asked numerous times verbally and through the grievance process that she be transferred to a facility that has live in programs designated for transgender inmates such as the PRISM program in Centralia C.C

On December 8, 2023 The plaintiff was returning from a scheduled call pass. As she entered her cell Defendant Rock entered behind her aggressively and sexually assaulted the Plaintiff by forcing her to perform oral sex on him (Defendant C/O Rock). Afterwards the Plaintiff spit her saliva and Defendant C/O Rock sperm out out and mailed it to several law firms (see exhibit B)

Throughout the Month of December Defendant C/O Rock used threats of physical violence by him (Defendant C/O Rock) or inmates to the plaintiff if the plaintiff

chose to report the December 8, 2023 sexual assault incident.

In the month of December the plaintiff was interviewed by Defendant IA John Doe and she let him know that she did not feel comfortable telling Menard staff what happened to her because of threats she recieved from an officer. Defendant IA John Doe told the Plaintiff to stop wasting his time because he has a lot to deal with and he doesn't have time for this faggot bullshit

January 9, 2024 the plaintiff was heading to yard. As soon as the plaintiff entered the yard another inmate began yelling at the plaintiff asking why was the plaintiff trying to get the coolest C/O (Defendant C/O Rock) in trouble then that inmate visciously attacked the plaintiff. Instead of staff rushing in to save the plaintiff from the viscious attack the C/Os instead closed the gate to the yard leaving it up to another inmate named Larbie to come and save the plaintiff (see exhibit C&A). The plaintiff was refused health care services after the viscious attack.

On February 5, 2024 the plaintiff tried to file a grievance about the sexual assault but Defendant C/O Martin told the plaintiff to ask for the grievance box in her "man voice" in reference to the plaintiff being transgender. Defendant C/O Martin refused to bring the grievance box

On February 6, 2024 the grievance about the sexual assault was finally able to be placed in the grievance box showing that the Plaintiff went above and beyond to exhaust her remedies even though she was denied access to the grievance protocals the day before.

On February 6, 2024 the plaintiff refused to leave seg because the facility was trying to place her back around the C/O that sexually assaulted her. The plaintiff was denied any other housing options besides punitive segregation.

On February 17, 2024 the plaintiff was interviewed by Defendant Lt Hanks approximately 11 days later about the sexual assault that took place December 8, 2023. Defendant Lt Hanks refused to let the plaintiff out of punitive segregation and told the plaintiff that her safety is solely her responsibility and to stay in seg for all he (Defendant Lt Hanks) cares

On February 20, 2024 the Plaintiff talked to Defendant MHP Hornberger about the sexual assault she experienced (the plaintiff) and the Defendant said despite what P.R.E.A says the people at Menard C.C are refusing to let her properly do her job and arent giving her the proper tools

On March 7 2024 - March 8, 2024 the Plaintiff was interviewed by Defendant Breeze. The Defendant refused to acknowledge the plaintiffs sexual assault incident. The Defendant refused to give the recommendation for the plaintiff to be transferred. The Defendant Breeze also laughed and asked the Plaintiff how is she enjoying segragation.

On March 13, 2024 Defendant John Doe refused to allow the plaintiff to submitt grievances

On April 17 IA Defendant John Doe came and did two DNA swabs on the plaintiff. C/O John Doe also gave the plaintiff a paper saying that the December 8, 2024 incident was not a crime

Between the Months of February 2024 and May 2024 the plaintiff recieved three refusing housing tickets because she was refusing housing due to her fears of Defendant C/O Rock. The plaintiff is labeled severely mentally ill and long term segragation began causing her more emotional damage.

Plaintiff was moved to bullet house protective custody where she was placed around another Defendant C/O Rock. Defendant C/O Rock made numerous threats to the plaintiff in regards to her leaving the issue of the Dec 8 2023 sexual assault incident with the other Defendant C/O Rock alone. Defendant C/O Rock often refused the plaintiff meals and the grievance box until the plaintiff was transferred

Defendant C/O Lloyd made numerous threats to the plaintiff to drop the Dec 8 2023 issue and encouraged other inmates to intimidate the plaintiff in the months of May and June 2024

Defendant C/O/Sgt Ashback threatened the plaintiff and sprayed mace in front of her cell in order to intimidate the plaintiff into dropping the December 8 2023 incident

Plaintiff asked to be tested for std or sti from the December 8 2023 incident and was denied by Defendants Breeze, Hanks, and Tatum

Defendant Sgt House tried threatening and intimidating the plaintiff into dropping the Dec. 8 2023 incident along with Defendant Tatum

Defendant Anthony Wills and Defendant Assistant Warden Jane Doe talked with plaintiff on April 17, 2024 and the plaintiff explained everything about the December 8 2023 incident. Defendant Anthony Wills told the plaintiff that he doesnt give a fuck about it, file a grievance, and stop acting like a woman in a male facility. Defendant Assistant Warden Jane Doe told the plaintiff that the plaintiff cant handle pretending to be a woman.

The plaintiff sent out numerous emails that are monitered by IA from Decemeber 2023 until July of 2024 about the sexual assault she endured

Defendant Lt Baylor on or about September 10, 2024 handcuffed the plaintiff behind her back with the handcuffs extremely tight to the point that her hands became numb. Defendant Lt Baylor handcuffed the plaintiff at approximatelly 7:20 am and told the plaintiff that she would learn about filing lawsuits on his fine officers no matter if the C/O's were from Menard C.C. Defendant Lt Baylor took the plaintiff to the South house Remote Law library and cuffed the plaintiff to the bench and left her there until approximately 2:15 pm. The plaintiff was forced to urinate and deficate on herself. Defendant Lt Baylor on or about October 7, 2024 came to the plaintiffs segragation cell and forced the plaintiff to strip despite her ID saying gender female search female. Defendant Lt Baylor intimidated the plaintiff into stripping by holding his mace cannister in her cell pointed towards her. The plaintiff was placed in a nearby cell while her cell was being searched after Defendant Lt Baylor made comments to the plaintiff about this being her lucky day because she's going to get a new case since she likes putting cases on officers. Defendant Lt Baylor and Defendant Newkirk searched

The plaintiff's cell and food was missing. Several hours later Defendant Bowles sent the plaintiff a ticket saying that contraband was found.

On or about September 12, 2024 Defendant C/O Shawback brought a known predator to the plaintiff's crisis cell to stare at the plaintiff while she was naked. The defendant told the plaintiff to get used to this since she likes filing lawsuits.

On or about September 13, 2024 the plaintiff was denied a p.r.e.a by MHP Jane Doe. Later the plaintiff was brought to the shower by Defendant C/O Lawrence. Defendant C/O Lawrence told the plaintiff that he's aware of her lawsuit. Defendant Lawrence entered the shower cell while the plaintiff was still naked. The defendant stared at the plaintiff's naked body and purposely brushed his hands against the plaintiff's buttocks and lower back.

From October 10, 2024 through October 24, 2024 The plaintiff tried filing numerous grievances and was denied access to the grievance box (see exhibit 2B)

On or about October 8, 2024 Defendant Lt Blackwell sent the plaintiff a ticket for disobeying a direct order which kept the plaintiff in punative segregation. Lt Blackwell never came to the plaintiff's door nor did the plaintiff ever see Lt Blackwell that day for the accusations of the ticket to be true.

From On or about September 25, 2024 the plaintiff was able to sneak a grievance in about some of the incidents but staff destroyed the grievance (see exhibit C2)

## Claims For Relief

The actions of Defendant C/O Rock in sexually assaulting the plaintiff was was done maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution

The actions of Defendant C/O Rock in sexually assaulting the plaintiff without need or provocation constituted the tort of assault and battery under law of Illinois

The failure of Defendants Anthony Wills, Assistant Warden Jane Doe, Latoya Hughes, and Breeze to take disciplinary actions or other actions to curb the known pattern of physical abuse of inmates by C/O Rock constituted deliberate indifference to the plaintiff's and other prisoners safety, and contributed to and proximately caused the above described violation of the Eighth Amendment rights and assault and battery

The actions of Defendants Sandy Walker, Anthony Jones, Anthony Wills in finding the plaintiff guilty of Disobeying a direct order essential to the safety and security of the institution for trying to avoid Defendant C/O Rock who sexually assaulted her denied the plaintiff due process of the law in violation of the fourteenth amendment of the United States Constitution

The failure of defendants Ms Bennett and Hornberger to provide for the mental health treatment of the plaintiff constitutes deliberate indifference to plaintiff serious medical needs in violation of the Eighth Amendment to the United States Constitution

The failure of defendants Ms Bennett and Hornberger to provide for the mental health needs of the plaintiff constitutes the tort of negligence under the law of Illinois

The failure of defendants Latoya Hughes, Anthony Wills, and assistant Warden Jane Doe to properly train staff and enforce protective policies constitutes deliberately indifference to the plaintiffs and other prisoners safety and contributed and proximately caused the above described violation of the Eighth Amendment rights to the United States Constitution.

The retaliation of defendants CO Rock, C/O Rock, Sgt House, C/O Tatum, Ashback, Lloyd, Faulkenberry, Akins, Sandy Walker, and Anthony Jones by threatening or intimidating the plaintiff by words, actions, or punitive segregation constitutes retaliation in violation of the First Amendment to the United States Constitution

The actions of Defendant Sgt Ashback in spraying mace in front of the plaintiffs cell without need or provocation were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the eighth amendment of the United States Constitution

The actions of defendant C/O Martin in denying the plaintiff access to the grievance box/protocal denied the plaintiff due process of law in violation of the Fourteenth amendment to the United States Constitution

The actions of Defendant Sgt Ashback in spraying mace in front of the plaintiffs cell without need or provocation constituted the tort of assault and battery under the law of Illinois

The actions of Defendants Akins Jr, Sandy Walker, and defendant Anthony Jones in finding the plaintiff guilty of disobeying a direct order pertaining to the safety and security of the institution, denied the plaintiff due process of law in violation of the fourteenth Amendment to the United States Constitution

The actions of defendants Blackwell, Lt Baylor, and C/O Newkirk in falsifying disciplinary infractions that kept the plaintiff in punitive segregation denied the plaintiff due process of law in violation of the fourteenth amendment to the United States Constitution

The actions of defendants Shawback, Lt Baylor, Newkirk, MHP Martin, MHP Jane Doe, Lawrence, Lt Blackwell, Murray in retaliating against the plaintiff for filing a lawsuit denied the plaintiff freedom from retaliation for exercising her first amendment to the United States Constitution

The actions of defendant Lt Baylor in leaving her handcuffed for hours was a violation of the eighth amendment right to the Constitution

The actions of defendant Lawrence and Shawback in touching the plaintiff while she was naked violated the plaintiffs eighth amendment right to the constitution

Relief Requested

Wherefore, plaintiff request that the court grant the following relief

A. ~~Issue~~ an injunction ordering the defendants to transfer the plaintiff to Centralia C.C PRISM program or Logan C.C

B. $500,000 in punitive damages against defendant C/O Rock

$10,000 each in punitive damages against defendants C/O Rock, Hughes, John Doe, Jane Doe, Breeze, Wills, House, Tatum, Hanks, Ashback, Lloyd, Faulkenberry, Akins, Mulholland, Walker, Jones, Bennett, Hornberger, & Martin

C. $500,000 compensatory damages against C/O Rock defendant for the physical and emotional injuries sustained as a result of the sexual assault against the plaintiff

$10,000 compensatory damages against defendants Bennett and Hornberger for the emotional injury from not providing adequate medical care to the plaintiff

$50,000 compensatory damages against defendants Hughes, Wills, Jane Doe for the failure to properly train and enforce policies

$10,000 each in punitive damages against defendants Lt Baylor, Newkirk, Lt Blackwell, MHP Jane Doe, MHP Ms Martin, Shawback, Murray

$20,000 each in compensatory damages against defendants Lt Baylor, Newkirk, Lt Blackwell, MHP Jane Doe, MHP Ms Martin, Shawback, Murray

10/24/24

Skylar Mottley
M17551
Po box 99
Pontiac IL 61764

STATE OF ILLINOIS
COUNTY OF Livingston

## AFFIDAVIT

I, LAvelle Scott, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

I have witnessed the C/O'S refuse to bring SKylor mottley cell 342 North house the grievance box every day she has asked for it. Since I've been housed next door to her she has asked almost everyday for the grievance box and has been denied.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _Lavelle Scott_ day of 10-23-24

Affiant