IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEVIN MOTTLEY, M17551,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-2046-SMY |
| | ) |
| C/O ROCK, LAYTOYA HUGHES, | ) |
| JOHN DOE, INVESTIGATOR BREEZE | ) |
| ANTHONY WILLS, JANE DOE, | ) |
| SGT. HOUSE, C/O TATUM, LT. HANKS, | ) |
| SGT. ASHBACK, C/O LLOYD, | ) |
| C/O FAULKENBERRY, C/O AKINS, JR., | ) |
| MULHOLLAND, SANDY WALKER, | ) |
| ANTHONY JONES, MS. BENNETT, | ) |
| MS. HORNBERGER, C/O MARTIN, | ) |
| LT. BAYLOR, C/O NEWKIRK, | ) |
| MS. MARTIN, JANE DOE 2, | ) |
| C/O LAWRENCE, SGT. PEREZ, | ) |
| SGT. HADLEY, LT. BLACKWELL, and | ) |
| MURRAY, | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

Plaintiff Devin Mottley (a/k/a Skylar Mottley) is a transgender inmate in the custody of the Illinois Department of Corrections and is currently incarcerated at Pontiac Correctional Center. She filed this civil rights action against almost 30 employees of IDOC and Wexford Health Sources, Inc. for constitutional deprivations stemming from an alleged sexual assault at Menard Correctional Center in 2023 and acts of retaliation at Pontiac Correctional Center in September and October 2024.

The Complaint (Doc. 1) and proposed Amended Complaint (Doc. 15-1) lacked vital information as to which events and defendants were associated with Menard and which were associated with Pontiac. Without this information, the Court was unable to screen, sever, or

1

transfer venue of this matter to the appropriate federal judicial district. Plaintiff's original Complaint (Doc. 1) was dismissed for violating Federal Rules of Civil Procedure 8 and 10, and Plaintiff's Motion to File an Amended Complaint (Doc. 15) was denied without prejudice on October 28, 2024. (Doc 17). Plaintiff was granted leave to file a First Amended Complaint on or before November 27, 2024. She was warned that this action would be dismissed for her failure to comply with a court order and/or failure to prosecute her claims should she fail to do so. *Id*. The deadline has passed, and Plaintiff has failed to file a First Amended Complaint or request more time to do so.

Accordingly, this case is **DISMISSED without prejudice** for failure to comply with a court order and/or prosecute her claims herein. FED. R. CIV. P. 41(b); *see James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

If Plaintiff wishes to appeal this dismissal, her notice of appeal must be filed with this Court within thirty (30) days of the entry of judgment. FED. R. APP. P. 4(a)(1)(A). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of the judgment, and this 28-day deadline cannot be extended.

A motion for leave to appeal *in forma pauperis* must set forth the issues Plaintiff plans to present on appeal. *See* FED. R. APP. P. 24(a)(1)(C). If Plaintiff does choose to appeal, she will be liable for the $605.00 appellate filing fee irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk is **DIRECTED** to **CLOSE THIS CASE** and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  December 11, 2024**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**
